**Order entered January 27, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01334-CV

### IN THE INTEREST OF J.M.G.G., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-18-00579-X**

## ORDER

Before the Court is appellant's January 27, 2020 second motion for an extension of time to file her brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on January 27, 2020 filed as of the date of this order.

/s/     KEN MOLBERG
        JUSTICE